**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   New Direction Home Health Care of DFW Inc.

2. **All other names debtor used in the last 8 years**  
   dba Eagle Home Healthcare Services
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   47-0995870

4. **Debtor's address**

   **Principal place of business**  
   99 Regency Parkway #109  
   Number   Street
   
   Mansfield   TX   76063  
   City   State   ZIP Code
   
   Tarrant  
   County

   **Mailing address, if different from principal place of business**  
   Number   Street
   
   P.O. Box
   
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number   Street
   
   City   State   ZIP Code

5. **Debtor's website (URL)**  
   www.eaglehhc.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **New Direction Home Health Care of DFW Inc.** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  6  2  1  6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
  - District _____ When ___/___/_____ Case number _____
  - District _____ When ___/___/_____ Case number _____

Debtor **New Direction Home Health Care of DFW Inc.** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.   Debtor _____   Relationship _____
           District _____   When _____ MM / DD / YYYY
           Case number, if known _____

List all cases. If more than 1, attach a separate list.

           Debtor _____   Relationship _____
           District _____   When _____ MM / DD / YYYY
           Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number    Street
                              _____
                              _____   _____   _____
                              City              State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **New Direction Home Health Care of DFW Inc.**  Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15.** | Estimated assets | ☐ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16.** | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/17/2024**
MM / DD / YYYY

X **/s/ Chiketa Kelly Williams**
Signature of authorized representative of debtor

**Chiketa Kelly Williams**
Printed name

**Administrator**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**  Date **12/17/2024**
Signature of attorney for debtor  MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number    Street

**1412 Main Street, Suite 500**

**Dallas**  **TX**  **75202**
City  State  ZIP Code

**(972) 503-4033**  **joyce@joycelindauer.com**
Contact phone  Email address

**21555700**  **TX**
Bar number  State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:    **New Direction Home Health Care of DFW Inc.**                                        CASE NO

                                                                                                 CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/17/2024                                               Signature  /s/ Chiketa Kelly Williams
                                                                          *Chiketa Kelly Williams*
                                                                          *Administrator*


Date  _____                                  Signature  _____

```
A1 Image Copier
1819 Firman Dr., Suite 121
Richardson TX 75081


ARF/Timberland
624 Simpson Ave.
Hoquaim WA 98550


Atmos Energy
1550 Tech Centre Pkwy
Arlington TX 76014


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


CFG
180 Maiden Ln., 15th Floor
New York NY 10038


Cintas Corporation
PO Box 650838
Dallas TX 75265


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Dickey's BBQ Advertising
4514 Cole Ave Ste #1015
Dallas TX 75205


Dickey's BBQ Pit
4514 Cole Ave, Ste. 1015
Dallas, TX 75205
```

```
Earthtec Waste Disposal, Inc.
408 113th Street
Arlington, TX 76011



EcoLab
26252 Network Place
Chicago, IL 60673-1262



EECU
1617 W. 7th St.
Fort Worth, TX 76103



Internal Revenue Service
1100 Commerce St., Rm 121
Dallas TX 75242
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Knightsbridge
40 Wall St.
New York NY 10005



LoanStar Title Loan
2433 FM 917 Suite 200
Mansfield, TX 76063



Newport Properties
2101 Bay Cove Court
Arlington TX 76013
```

```
OKD Capital
4700 Daybreak Pkwy, Suite 200
Jordan UT 84009



Paychex Payroll
911 Panorama Trail
Rochester NY 14625



Paychex Taxes
911 Panorama Trail
Rochester NY 14625



Polaris-Wise Debt Consolidators
28 W. 38th St.
New York NY 10018



Public Storage
1743 Commerce Dr.
Mansfield TX 76063



Reliant Energy
PO Box 3765
Houston TX 77253



Reliant Energy
PO Box 3765
Houston, TX 77253



Shiva Select Properties
9187 Clairemont Mesa Blvd
Suite 512
San Diego, CA 92123


Shiva Select Properties, LLC
9187 Clairemont Mesa Blvd., Ste 512
San Diego CA 92123
```

```
Spectrum
4145 S Falkenburg Rd
Riverview FL 33578




State Farm Auto Insurance
PO Box 680001
Dallas TX 75368




U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242




US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530




US Foods
950 S. Shiloh Rd.
Garland, TX 75042




Vox Funding
100 Park Ave., 30th Floor
New York NY 10017




Wells Fargo Financial
PO Box 105743
Atlanta GA 30348




WellSky Software
11300 Switzer Bypass
Overland Park, KS 66210
```