Callan Searcy
Assistant Attorney General
Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
Tele.: (512) 463-2173
Fax: (512) 482-8341

Attorneys for the Texas Workforce Commission

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 24-44654-mxm |
| NEW DIRECTION HOME HEALTH § | |
| CARE IF DFW, INC., § | CHAPTER 11 |
| § | JUDGE MARK X. MULLIN |
| § | |
| DEBTOR § | HRG: NONE SET |

**TEXAS WORKFORCE COMMISSION'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIMS NOS. 3 AND 14**

The Texas Workforce Commission ("TWC"), appearing through the Texas Attorney General's Office, responds to Debtor's Objection to Claims Nos. 3 and 14 [Doc. #128] ("Objection") as follows:

**Claim #3**

1. On January 13, 2025, the TWC filed a priority claim for unemployment taxes in the amount of $12,980.02, based on estimates for the second quarter of 2023 thru the third quarter of 2024 [Claim #3]. Claim #3 was estimated because the Debtor failed to file required unemployment reports for such periods.

2. On February 18, 2025, the TWC amended Claim #3 to $15,290.94 [Claim #3-2] to include additional estimates for the fourth quarter of 2024.

3. On March 18, 2025, after missing unemployment tax reports were filed by the Debtor, the TWC amended Claim #3 to $18,722.28 [Claim #3-3] to accurately reflect the

information found in the returns filed by Debtor for the fourth quarter of 2022 through the fourth quarter of 2024.

### Claim #14

4.       On June 19, 2025, the TWC filed Claim #14, an administrative expense claim ("AE Claim") for post-petition unemployment taxes in the amount of $1,555.82 based on taxes owed for the first quarter of 2025 [Claim #14].   The AE claim was then further amended to $2,025.46 on August 11, 2025, to include an additional estimate for unemployment taxes for the second quarter of 2025. [Claim #14-2].

### Argument

5.       The Debtor's objection to Claims Nos. 3 and 14 states the claims should be disallowed because the claim amounts are not due and owing, and that all claims have been paid. The Debtor has not provided any evidence any payments have been made to the TWC, nor do the TWC's records reflect any such payments.

6.       Because the Objection states no substantive reason for disallowance of the TWC's claims, the objection is insufficient to rebut the *prima facie* evidentiary effect of the TWC's claims. *See* In re White, 168 B.R. 825, 829 (Bankr. D. Conn. 1994) (mere allegation that full amount of claim is not owed is insufficient to rebut *prima facie* validity of claim); In re Pan, 209 B.R. 152 ( D. Mass. 1997) (same).   A proof of claim executed and filed in accordance with the Federal Rules of Bankruptcy Procedure is *prima facie* evidence of the validity and amount of the claim.   Rule 3001(f), Fed. R. Bankr. P.   Therefore, the Debtor's objection to the TWC's claims should be denied.

7.       The Debtor also objected to Claim No. 14 as being filed after the Bar Date.   The

Debtor's objection is without merit.  The Debtor's Second Amended Plan [Doc. #113] defined the Administrative Expense Bar date as sixty (60) days after the Effective Date, which was October 30, 2025.  Because the TWC's amended AE claim was filed August 11, 2025, the Debtor's objection is without merit and should be denied.

WHEREFORE, the Texas Workforce Commission requests that Debtor's Objection to its claims be denied, and for such further relief to which it may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Callan Searcy
Callan Searcy
Assistant Attorney General
bk-csearcy@oag.texas.gov
State Bar No. 24075523
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
tel: (512) 475-4562
fax: (512) 936-1409

ATTORNEYS FOR THE TEXAS
WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November, 2024 a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

New Direction Home Health Care of DFW Inc.
99 Regency Parkway, Suite 109
Mansfield, TX   76063

Joyce Lindauer
Joyce Lindauer, PLLC
1412 Main Street, Suite 500
Dallas, TX   75202

**By Electronic Means as listed on the Court's ECF Noticing System**:

- **David G. Adams**     david.g.adams@usdoj.gov, southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov
- **Joyce W. Lindauer**     joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net
- **David L. Pritchard**     david@dlplegal.com, pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net
- **David D. Ritter**     dritter@ritterspencer.com
- **Dawn Whalen Theiss**     dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov
- **John Kendrick Turner**     john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **United States Trustee**     ustpregion06.da.ecf@usdoj.gov
- **Behrooz P. Vida -SBRA V**     behrooz@vidatrustee.com, cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

/s/ Sherri K. Simpson
Sherri K. Simpson